EXHIBIT E

Case 3:21-cv-00856-WHO     Document 1-5     Filed 02/03/21     Page 1 of 3

# GSRV-VTI MANAGEMENT LLC

A STATE OF CALIFORNIA REGISTERED LLC

June 8, 2018
2018 年 6 月 8 日

Dear GSRV-VTI Investors,
各位 GSRV-VTI 投资者：

We, GSRV-VTI Management, LLC, are the managers of both, GSRV-VTI I, LP and GSRV-VTI II, LLC, the new commercial enterprises in which you have invested. We wanted to inform you that there have been some challenges arising with your investment in Vertebral Technologies, Inc. (VTI). Your quest for U.S. permanent residency through your investment in VTI is potentially affected by these challenges. Accordingly, we are writing to inform you of these developments and our efforts to ensure the best possible result for your U.S. immigration.
我们是 GSRV-VTI 管理有限责任公司，系您投资的 GSRV-VTI I 有限合伙企业和 GSRV-VTI II 有限公司两所商业公司的管理人。我们欲通知您，您在 VTI 的投资现在遇到了一些潜在问题。您的美国永久居留权申请也可能会因此受到影响。因此，我们致函告知您目前的具体发展情况以及我们为确保您的美国移民申请获得最佳效果所做的努力。

In essence, VTI has been experiencing some difficulties in their attempts to successfully attain their revenue growth as planned. During December of 2017, VTI's management had indicated that the company was running out of funds to continue operations. In addition, some board members who had loaned the company nearly $8,000,000 were intent on calling in these loans, which we believe would effectively shut down the company. These noteholders thought they had the right to do this. Since this information has been known, GSRV-VTI Management has been working on solutions that would keep the company going and protect your investment. Please know that GSRV-VTI Management and immigration counsel have also been working on preserving investors' immigration benefits. We have been instrumental in the following:
实际上，VTI 在按计划成功实现收入增长方面遇到了一些困难。在 2017 年 12 月，VTI 的管理层表示该公司已经没有资金继续运营。此外，一些董事会成员曾经向公司出借近 800 万美元，他们现在准备收回这些贷款，我们认为这将使得公司无以为继。这些债权人认为他们有权这样做。在得知该信息之后，GSRV-VTI 管理层一直致力于寻找解决方案，以保持公司持续经营并保护您的投资。GSRV-VTI 管理层和移民法律顾问也一直致力于保护投资者的移民利益。我们在以下方面发挥了作用：

- Bringing in new management and new board members who will produce and execute new ideas that should drive the company towards profitability.
  引入新的管理层和新的董事会成员，他们将提出并执行新的管理理念，以推动公司实现盈利。

- Enlisting economists and other consultants to ensure that the job creation model will present job creation, both to-date and anticipated, in the best light consistent with our understanding of current USCIS standards.
  征求经济学家和其他顾问的意见，以确保我们创造就业机会的模式在现在和将来都能够切实地创造就业机会，在最大程度上符合我们对美国移民局现行标准的理解。

1

# GSRV-VTI MANAGEMENT LLC
A STATE OF CALIFORNIA REGISTERED LLC

On the job creation front, by our current working estimates, VTI has not yet created all the jobs required for all 16 immigrant investors. The good news is that due to the lengthy visa backlog, we believe we have several years in which to achieve the job creation levels needed for the remaining VTI investors.
就创造就业机会而言，根据目前的工作情况估计，VTI 创造的就业岗位数量尚未满足 16 位投资者移民所需的创造工作岗位数量的要求。 好消息是由于较长的签证排期时间，我们认为仍有数年时间来创造更多的就业岗位来满足这一数量要求。

We feel confident that we are doing all we can to secure your green cards. However, if these activities do not work, you as investors have legal remedies.   The shareholder's purchase agreement explicitly states that all investment funds provided by the EB-5 investors must go to job creation in the California manufacturing facility.
我们正在尽全力保障您的绿卡。但是，若这些措施不起作用，您作为投资者享有法律救济。 股权购买协议明确规定，EB-5 投资者提供的所有投资基金都必须用于加州工厂就业岗位的创造。

We feel VTI has made past decisions that are not aligned with their obligations to the EB-5 investors as stated in the shareholder purchase agreement.  These decisions include the partial allocation of funds towards the California facilities.
我们认为 VTI 先前的一些决策违反了股权购买协议中所规定的向 EB-5 投资者承担的义务，其中包括向加州工厂仅分配部分资金的行为。

In closing, each and every one of your green cards is very important to us and your immigration counsel, as well as to the new management of VTI.  We plan on conducting a conference call or video conference with every one of you to answer your questions and to provide updates. We will provide you with the date and time of this call once we get it set up.
最后，您每一位的绿卡申请事宜对于我司，对于您的移民法律顾问以及 VTI 的新管理层都至关重要。 我们计划与各位召开电话会议或视频会议来回答您的问题并提供最新进展。一旦我们完成相关事宜的安排，我们将告知您通话的日期和时间。


Respectfully yours,
Eric Chelini
General Partner
GSRV-VTI Management, LLC

致礼！
Eric Chelini
合伙人
GSRV-VTI 管理有限公司