1  HANSON BRIDGETT LLP
   LAWRENCE M. CIRELLI, SBN 114710
2  lcirelli@hansonbridgett.com
   KAYLEN KADOTANI, SBN 294114
3  kkadotani@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, California 94105
   Telephone:    (415) 777-3200
5  Facsimile:    (415) 541-9366

6  Attorneys for Defendants
   ERIC CHELINI and GSRV-VTI
7  MANAGEMENT, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| HUI MA, AILING ZHAO, XI LIU, YIXUAN WANG, and RUI ZHANG,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN STATE RENAISSANCE VENTURES, LLC, dba Golden Gate Global, a California Limited Liability Company; GSRV MANAGEMENT, LLC, a California Limited Liability Company; GSRV-VTI MANAGEMENT, LLC, a California Limited Liability Company; ERIC CHELINI, an individual; STEVEN KAY, an individual; and VERTEBRAL TECHNOLOGIES, INC., a Minnesota corporation,<br><br>Defendants. | Case No. 3:21-cv-00856-WHO<br><br>**[proposed] ORDER GRANTING DEFENDANTS ERIC CHELINI AND GSRV-VTI MANAGEMENT, LLC'S MOTION TO COMPEL ARBITRATION AND DISMISS OR, ALTERNATIVELY, STAY PROCEEDINGS**<br><br>Date: May 26, 2021<br>Time: 2:00 PM<br>Ctrm: 2<br>Judge: the Hon. William H. Orrick |

-- Case No. 3:21-cv-00856-WHO
ORDER GRANTING DEFENDANTS ERIC CHELINI AND GSRV-VTI MANAGEMENT,
LLC'S MOTION TO COMPEL ARBITRATION

17466366.1

1  On May 26, 2021, Defendants GSRV-VTI Management, LLC and Eric Chelini's Motion to
2  Compel Arbitration and to Dismiss or, Alternatively, Stay Proceedings ("Motion") came on for
3  hearing. After due consideration of parties' written submissions and arguments made at the
4  hearing, and for good cause appearing, the Court hereby orders as follows:

5  The Motion is GRANTED.  This action is hereby compelled to arbitration. The action is
6  further DISMISSED in light of this order.

7  IT IS SO ORDERED.

8  DATED:_____                    _____
                                                WILLIAM H. ORRICK
9                                               United States District Judge

-1-  Case No. 3:21-cv-00856-WHO
ORDER GRANTING DEFENDANTS ERIC CHELINI AND GSRV-VTI MANAGEMENT,
LLC'S MOTION TO COMPEL ARBITRATION

17466366.1