Rongping Wu (*pro hac vice*)
  lwu@dgwllp.com
Katherine Burghardt Kramer (*pro hac vice*)
  kkramer@dgwllp.com
DGW KRAMER LLP
One Rockefeller Plaza, Ste 1060
New York, NY 10020
Tel.:  (917) 633-6860
Fax:  (917) 630-6183

Olivia M. Goestch (State Bar No. 319012)
  ogoetsch@dgwllp.com
DGW KRAMER LLP
7545 Irvine Center Drive, Ste 200
Irvine, CA 92618
Tel.:  (949) 266-6311
Fax:  (917) 630-6183

*Attorneys for Plaintiffs Hui MA, Ailing ZHAO, Xi LIU, Yixuan WANG, and Rui ZHANG*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUI MA, AILING ZHAO, XI LIU, YIXUAN WANG, and RUI ZHANG,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN STATE RENAISSANCE VENTURES, LLC, *dba* Golden Gate Global, a California Limited Liability Company; GSRV MANAGEMENT, LLC, a California Limited Liability Company; GSRV-VTI MANAGEMENT, LLC, a California Limited Liability Company; ERIC CHELINI, an individual; STEVEN KAY, an individual; and VERTEBRAL TECHNOLOGIES, INC., a Minnesota corporation,<br><br>Defendants. | Case No. 3:21-cv-00856-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE OMNIBUS RESPONSE BRIEF IN EXCESS OF PAGE LIMIT PURSUANT TO L.R.7-4(B)**<br><br>Complaint filed:    Feb. 3, 2021<br><br>Date:           May 26, 2021<br>Time:          2 p.m.<br>Courtroom:   Courtroom 2, 17th fl.<br>Judge:         Hon. William H. Orrick |

Pursuant to LR. 7-4(b), Plaintiffs Hui MA, Ailing ZHAO, Xi LIU, Yixuan WANG, and Rui ZHANG ("Plaintiffs"), by and through undersigned counsel, respectfully request leave to file a single omnibus response to the two Motions to Compel Arbitration and one Joinder, filed respectively by each of Defendants in this matter (Doc. 42, 44 and 45) (together, the "Motions"). In an effort to avoid duplication, Plaintiffs seek leave to file an omnibus response that exceeds the page limit for a single response brief. Plaintiffs seek leave to file a single omnibus response no longer than 50 pages, which is the total combined page limit for two separate responses briefs pursuant to the page limits set forth in L.R. 7-4. Under the otherwise applicable rules, Plaintiffs would be entitled to file response briefs in opposition to the two Motions and one Joinder. In lieu of three separate filings, Plaintiffs seek leave to file a single omnibus response that is longer than 25 pages.

Pursuant to the parties' prior stipulation and order, Plaintiffs' response to the Motions is due on or before May 5, 2021. (Doc. 40.) Plaintiffs therefore file this stipulation before the deadline. *See* L.R. 7-4(b).

Counsel for Plaintiffs has conferred with counsel for all Defendants on this request. Counsel for Defendants consent to this request and they join this stipulation.

DATED: May 4, 2021          By:    DGW KRAMER LLP

                    */s/ Katherine Burghardt Kramer*
Rongping Wu
Katherine Burghardt Kramer
Olivia M. Goetsch

*Counsel for Plaintiffs Hui MA, Ailing ZHAO, Xi LIU, Yixuan WANG, and Rui ZHANG*

DGW KRAMER LLP
ONE ROCKEFELLER PLAZA
NEW YORK, NY 10020

1

Plaintiffs' Brief in Opposition to the "GSRV-VTI" Defendants' Motion to Compel Arbitration
*Ma*, et al., *v. Golden State Renaissance Ventures, LLC,* et al. — Case No. 3:21-cv-00856-WHO

| | | |
|---|---|---|
| 1 | DATED: May 4, 2021 | BARTKO ZANKEL BUNZEL & MILLER |
| 2 | | A Professional Law Corporation |
| 3 | | |
| 4 | | By:      /s/ Robert H. Bunzel |
| 5 | | Robert H. Bunzel |
| | | Attorneys for Defendants GOLDEN STATE RENAISSANCE VENTURES, LLC; GSRV MANAGEMENT, LLC; and STEVEN KAY |

DATED: May 4, 2021                HANSON BRIDGETT LLP

By:      /s/ Lawrence M. Cirelli
Lawrence M. Cirelli
Attorneys for Defendants ERIC CHELINI and GSRV-VTI MANAGEMENT, LLC

DATED: May 4, 2021                SEYFARTH SHAW LLP

By:      /s/ M. Ryan Pinkston
M. Ryan Pinkston
Alexandra V. Drury
Attorneys for Defendant VERTEBRAL TECHNOLOGIES, INC.

## ATTESTATION REGARDING SIGNATURES

Pursuant to Civil Local Rule 5-(i) regarding signatures, I attest that the concurrence in the filing of this document has been obtained.

DATED: May 4, 2021                By:   DGW KRAMER LLP

*/s/ Katherine Burghardt Kramer*
Katherine Burghardt Kramer

DGW KRAMER LLP
ONE ROCKEFELLER PLAZA
NEW YORK, NY 10020

2

Plaintiffs' Brief in Opposition to the "GSRV-VTI" Defendants' Motion to Compel Arbitration
*Ma*, et al., *v. Golden State Renaissance Ventures, LLC,* et al. — Case No. 3:21-cv-00856-WHO

## **ORDER**

IT IS HEREBY ORDERED THAT:

1. Plaintiffs may file a single omnibus response brief of up to 50 pages in response to the Motions as defined above.

DATED: May __, 2021

———————————————
Hon. William H. Orrick
U.S. District Judge
Northern District of California

DGW KRAMER LLP
ONE ROCKEFELLER PLAZA
NEW YORK, NY 10020

3

Plaintiffs' Brief in Opposition to the "GSRV-VTI" Defendants' Motion to Compel Arbitration
*Ma*, et al., *v. Golden State Renaissance Ventures, LLC,* et al. — Case No. 3:21-cv-00856-WHO