Rongping Wu (*pro hac vice*)
  lwu@dgwllp.com
Katherine Burghardt Kramer (*pro hac vice*)
  kkramer@dgwllp.com
DGW KRAMER LLP
One Rockefeller Plaza, Ste 1060
New York, NY 10020
Tel.:  (917) 633-6860
Fax:  (917) 630-6183

Olivia M. Goestch (State Bar No. 319012)
  ogoetsch@dgwllp.com
DGW KRAMER LLP
7545 Irvine Center Drive, Ste 200
Irvine, CA 92618
Tel.:  (949) 266-6311
Fax:  (917) 630-6183

*Attorneys for Plaintiffs Hui MA, Ailing ZHAO, Xi LIU, Yixuan WANG, and Rui ZHANG*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUI MA, AILING ZHAO, XI LIU, YIXUAN WANG, and RUI ZHANG,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN STATE RENAISSANCE VENTURES, LLC, *dba* Golden Gate Global, a California Limited Liability Company; GSRV MANAGEMENT, LLC, a California Limited Liability Company; GSRV-VTI MANAGEMENT, LLC, a California Limited Liability Company; ERIC CHELINI, an individual; STEVEN KAY, an individual; and VERTEBRAL TECHNOLOGIES, INC., a Minnesota corporation,<br><br>Defendants. | Case No. 3:21-cv-00856-WHO<br><br>**DECLARATION OF HUI MA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO COMPEL ARBITRATION**<br><br>Complaint filed:  Feb. 3, 2021<br><br>Date:        May 26, 2021<br>Time:        2 p.m.<br>Courtroom:   Courtroom 2, 17th fl.<br>Judge:       Hon. William H. Orrick |

DGW KRAMER LLP
ONE ROCKEFELLER PLAZA
NEW YORK, NY 10020

DECLARATION OF HUI MA ISO PLS.' OPP'N TO DEFS.' MOTS. TO COMPEL ARBITRATION
*Ma, et al., v. Golden State Renaissance Ventures, LLC,* et al. — Case No. 3:21-cv-00856-WHO

**DECLARATION OF PLAINTIFF HUI MA**

1. My name is Hui Ma. I am one of the Plaintiffs in this action.
   我的姓名是马辉。我是本诉讼的原告之一。

2. I am a Chinese national.
   我是中国公民。

3. I live in China.
   我住在中国。

4. My native language is Chinese.
   我的母语是中文。

5. I have very limited English proficiency.
   我的英语水平非常有限。

6. In applying to the EB-5 Program and investing in the GSRV-VTI Project, I used and relied on the services of an immigration agency, Strong Union Consulting Ltd./Shurui Gao ("**the Agency**").
   在申请 EB-5 投资移民并投资 GSRV-VTI 项目时，我使用并依赖了来自移民代理机构 Strong Union Consulting Ltd./Shurui Gao（"代理机构"）的服务。

7. I received every document that I was asked to sign about the GSRV-VTI Project from the Agency, via email.
   我通过电子邮件收到了来自代理机构的要求我签署的所有 GSRV-VTI 项目相关文件。

DGW KRAMER LLP
ONE ROCKEFELLER PLAZA
NEW YORK, NY 10020

8. I did not receive any contract documents directly from any of the named Defendants.

我没有直接从任何一位被告处收到过任何合同文件。

9. The English version of the Subscription Agreement for GSRV-VTI LP ("**Subscription Agreement**") is the only complete contract that I received and was told to sign.

英文版 GSRV-VTI LP 认购协议（《**认购协议**》）是我所收到并被告知签署的唯一完整的合同。

10. I did not receive a complete translation of the Subscription Agreement in Chinese. But the Agency sent me what I understood to be a detailed summary, in Chinese, of the Subscription Agreement's most important points, *i.e.*, the points that were important for me to know and understand.

我没有收到《认购协议》的完整中文译本。但是，我从代理机构处收到了我认为详细总结了认购协议要点（例如我需要知道并了解的要点）的中文译本。

11. I did not receive a translation for any other supposed agreements between the Defendants and me.

我没有收到其它任何被告与我之间假定协议的中文译本。

12. Even after I signed the Subscription Agreement, I was not sent or asked to review a copy of the Partnership Agreement for GSRV-VTI LP attached as Exhibit D to Mr. Chelini's declaration ("**Defendants' Exhibit D**").

即使在我签署了《认购协议》后，我也没有收到或被要求审阅 GSRV-VTI LP 的合伙协议，详见 Chelini 先生的宣言附录 D（"**被告文件附录 D**"）。

13. I do not recognize the contents of Defendants' Exhibit D.  As best I can tell, I have never seen this document before.

DGW KRAMER LLP
ONE ROCKEFELLER PLAZA
NEW YORK, NY 10020

DECLARATION OF HUI MA ISO PLS.' OPP'N TO DEFS.' MOTS. TO COMPEL ARBITRATION
*Ma*, et al., *v. Golden State Renaissance Ventures, LLC*, et al. — Case No. 3:21-cv-00856-WHO

1   我不知道被告文件附录 D 的内容。我可以说的是，我从未见过此文件。

3   14.   I was not given a copy of the Partnership Agreement for GSRV-VTI LP before I
4   signed the Subscription Agreement.

5   在签署《认购协议》之前，我并没有收到 GSRV-VTI LP 的合伙协议副本。

7   15.   I did not know that the Partnership Agreement for GSRV-VTI LP contains a
8   supposed arbitration agreement.

9   我并不知道 GSRV-VTI LP 的合伙协议还包含了一个假定的仲裁协议。

11   16.   I was never told about any "arbitration agreement."
12   我从来没有被告知有 "仲裁协议"。

14   17.   I did not intend to agree to arbitrate any dispute in connection with my investment
15   in the GSRV-VTI Project.
16   我无意同意就我对 GSRV-VTI 项目投资相关的任何争议进行仲裁。

18   18.   I did not expect that any agreement between me and any Defendant might contain
19   an agreement to arbitrate disputes in connection with my investment in the GSRV-VTI Project.
20   我没有想到我与任何一位被告之间的任何协议可能包含了我对 GSRV-VTI 项目的投
21   资相关的争议进行仲裁的协议。

23   19.   My contract with the immigration agency does not contain an arbitration
24   agreement.
25   我与移民代理机构的合同并 不包含仲裁协议。

27   20.   I am not familiar with the U.S. judicial system.
28   我对美国的司法系统并不熟悉。

DGW KRAMER LLP
ONE ROCKEFELLER PLAZA
NEW YORK, NY 10020

DECLARATION OF HUI MA ISO PLS.' OPP'N TO DEFS.' MOTS. TO COMPEL ARBITRATION
*Ma*, et al., v. *Golden State Renaissance Ventures, LLC*, et al. — Case No. 3:21-cv-00856-WHO

21. I am not familiar with "JAMS," the JAMS rules, or how those rules are different from the rules of this Court.

我并不熟悉 " JAMS " ， JAMS 的规则，以及这些规则如何不同于本法院的规则。

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct. Executed at 4A1903, 41st Xi Zhi Men North St., Haidian District, Beijing, P.R.C. this 4 day of May, 2021.

MA Hui

DGW KRAMER LLP
ONE ROCKEFELLER PLAZA
NEW YORK, NY 10020

DECLARATION OF HUI MA ISO PLS.' OPP'N TO DEFS.' MOTS. TO COMPEL ARBITRATION
*Ma,* et al., *v. Golden State Renaissance Ventures, LLC,* et al. — Case No. 3:21-cv-00856-WHO

# Certificate of Translation

I, Fengji Jin, being duly sworn and deposed, hereby swear and attest to the following:

That I am fluent in both the English and the Chinese languages. I hereby certify that I have translated the following documents from English into Chinese which are attached to this Certificate: Declaration of Plaintiff Rui Zhang, Declaration of Plaintiff Xi Liu, Declaration of Plaintiff Ailing Zhao, Declaration of Plaintiff Hui Ma, and Declaration of Plaintiff Yixuan Wang.

I further certify that, to the best of my knowledge, the attached documents in Chinese are true and accurate translation of the attached documents in English.

Signed on May 4th, 2021
in  Fairfax County , Virginia

Name: Fengji Jin

State/Commonwealth of Virginia )
                                ) ss:
County/City of Fairfax          )

The foregoing instrument was acknowledged and sworn before me this date of ___4___ month of __May__ year of __2021__

by __Fengji Jin__

DANIELLE LYNNE SALETTA
NOTARY PUBLIC
REG. #7889276
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
SEPTEMBER 30, 2024

Notary Public:
Registration Number: 7889276
My commission expires on: September 30, 2024