Rongping Wu (*pro hac vice*)
  lwu@dgwllp.com
Katherine Burghardt Kramer (*pro hac vice*)
  kkramer@dgwllp.com
DGW KRAMER LLP
One Rockefeller Plaza, Ste 1060
New York, NY 10020
Tel.: (917) 633-6860
Fax: (917) 630-6183

*Attorneys for Plaintiffs Hui MA, Ailing ZHAO, Xi LIU, Yixuan WANG, and Rui ZHANG*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUI MA, AILING ZHAO, XI LIU, YIXUAN WANG, and RUI ZHANG, <br><br> Plaintiffs, <br><br> v. <br><br> GOLDEN STATE RENAISSANCE VENTURES, LLC, *dba* Golden Gate Global, a California Limited Liability Company; GSRV MANAGEMENT, LLC, a California Limited Liability Company; GSRV-VTI MANAGEMENT, LLC, a California Limited Liability Company; ERIC CHELINI, an individual; STEVEN KAY, an individual; and VERTEBRAL TECHNOLOGIES, INC., a Minnesota corporation, <br><br> Defendants. | Case No. 3:21-cv-00856-WHO <br><br> **JOINT STATUS REPORT PURSUANT TO DOC. 58** <br><br><br> Complaint filed:  Feb. 3, 2021 <br><br> Date:  Dec. 1, 2021 <br> Time:  N/A <br> Courtroom:  Courtroom 2, 17th fl. <br> Judge:  Hon. William H. Orrick |

Pursuant to the Court's order at Doc. 58 granting Defendants' motions to compel and requiring a status report to be submitted every six months, the parties submit this joint status report.

The parties have engaged in negotiations regarding the format of an arbitration

proceeding, and have identified a mutually acceptable arbitrator. In addition, the parties have a tentative agreement on the procedures for an arbitration proceeding. The parties have commenced some settlement discussions. At this point, no party requests that the Court lift the stay of the instant action.

DATED:  December 1, 2021           By:     DGW KRAMER LLP

*/s/ Katherine Burghardt Kramer*
Rongping Wu
Katherine Burghardt Kramer

*Counsel for Plaintiffs Hui MA, Ailing ZHAO, Xi LIU, Yixuan WANG, and Rui ZHANG*

DATED:  December 1, 2021           BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation

By:     /s/ Robert H. Bunzel
Robert H. Bunzel
Attorneys for Defendants GOLDEN STATE RENAISSANCE VENTURES, LLC; GSRV MANAGEMENT, LLC; and STEVEN KAY

DATED:  December 1, 2021           HANSON BRIDGETT LLP

By:     /s/ Lawrence M. Cirelli
Lawrence M. Cirelli
Attorneys for Defendants ERIC CHELINI and GSRV-VTI MANAGEMENT, LLC

DATED:  December 1, 2021             SEYFARTH SHAW LLP

By:        /s/ M. Ryan Pinkston
M. Ryan Pinkston
Alexandra V. Drury
Attorneys for Defendant VERTEBRAL TECHNOLOGIES, INC.

**ATTESTATION REGARDING SIGNATURES**

Pursuant to Civil Local Rule 5-(i) regarding signatures, I attest that the concurrence in the filing of this document has been obtained.

DATED:  December 1, 2021      By:    DGW KRAMER LLP

*/s/ Katherine Burghardt Kramer*
Katherine Burghardt Kramer

DGW KRAMER LLP
ONE ROCKEFELLER PLAZA
NEW YORK, NY 10020