UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUI MA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOLDEN STATE RENAISSANCE VENTURES, LLC DBA GOLDEN GATE GLOBAL, et al.,<br><br>        Defendants. | Case No. 3:21-cv-00856-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 64 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice. The Clerk shall close the case.

Dated: October 14, 2022

_____
WILLIAM H. ORRICK
United States District Judge